IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SANCHEZ PEREZ, LUZ DIVINA

XXX-XX-4230

CASE NO. 03-02675 SEK

Chapter 13

**FILED & ENTERED ON 6/14/2004**

Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b). The case has not been previously converted.

**WHEREFORE,** Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $65.00.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 14 day of June, 2004.

Sara E. De Jesus
U.S. Bankruptcy Judge

c: ALL CREDITORS
   DEBTOR (S)
   JULIO RIVERA TORO
   JOSE RAMON CARRION MORALES

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0104-3     User: LAP            Page 1 of 1          Date Rcvd: Jun 14, 2004
Case: 03-02675SEK        Form ID: I01         Total Served: 24

The following entities were served by first class mail on Jun 16, 2004.
```
D        +SANCHEZ PEREZ, LUZ DIVINA,    BOX 177,    SANTA ISABEL,PR 00757-0177
DA        JULIO RIVERA TORO,    P O BOX 335090,    PONCE,PR 00733-5090
          CAMARA DE COMERCIANTES MAYORISTAS (,    PO BOX 195337 HATO REY STA,    SAN JUAN,PR 00919-5337
          DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
          STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
         +INTERNAL REVENUE SERVICES (IRS),    MERCANTIL PLAZA BLDG ROOM 914,    2 PONCE DE LEON AVE STEP 27 1/2,
            SAN JUAN,PR 00918-1621
          DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
         +AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00936-4267
         +PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
            505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918-3352
         +US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1928
1         AEELA,    PO BOX 364508,    SAN JUAN,PR 00936-4508
2         AMERICAN EXPRESS,    PO BOX 1270,    NEWARK,NJ 07101-1270
3         CACSI,    PO BOX 812,    SANTA ISABEL,PR 00757-0812
4         CITI CARD,    PO BOX 8104,    S HACHENSACK,NJ 07606-8104
5         COMMOLOCO,    31 CALLE CARBONELL,    CABO ROJO,PR 00623-3501
6        +SCOTIABANK,    PO BOX 362230,    SAN JUAN,PR 00936-2230
7         TREASURY DEPT,    ACEVEDO ACEVEDO LAW OFFICES,    PO BOX 9023905,    SAN JUAN,PR 00902-3905
8         COMMOLOCO INC,    PO BOX 363769,    SAN JUAN,PR 00936-3769
9         AMERICAN EXPRESS TRS CO INC,    BECKET & LEE LLP,    PO BOX 3001 DEPT,    MALVERN,PA 19355-0701
10        CITIBANK NA/CITICORP-PR&CS INC,    PO BOX 195079,    SAN JUAN,PR 00919-5079
11        SCOTIABANK DE PR,    JUAN A CUYAR COBB ESQ,    PO BOX 9023905,    SAN JUAN,PR 00902-3905
12        DEPARTMENT OF TREASURY,    SECCION DE QUIEBRAS OFICINA 424-B,    PO BOX 9024140,
            SAN JUAN,PR 00902-4140
13        SCOTIABANK,    PO BOX 362649,    SAN JUAN,PR 00936-2649
```

The following entities were served by electronic transmission on Jun 14, 2004 and receipt of the transmission was confirmed on:
```
T         E-mail: ebnmail@ch13-pr.com Jun 14 2004 20:07:50     JOSE RAMON CARRION MORALES,   PO BOX 9023884,
            SAN JUAN,PR 00902-3884
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2004**                    **Signature:** *Joseph Speetjens*